*Kevin H. Sharp* (signature)

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:12-00147 |
| | ) | Judge Sharp |
| | ) | |
| EMAD MOHAMED AHMAD | ) | |

MOTION TO APPROVE TRAVEL

Comes the defendant and hereby moves the Court to approve travel outside of the country for Mr. Ahmad. In support of this motion, Mr. Ahmad would state and show that Mr. Ahmad was sentenced on March 25, 2013, and placed on two (2) years probation. Mr. Ahmad and his family are planning on traveling to Amman, Jordan, from May 9, 2014 to August 8, 2014, to visit with family there, particularly Mr. Ahmad's 85-year old father who is not in good health, and Mr. Ahmad has purchased airline tickets for his family for the trip. Counsel for Mr. Ahmad has spoken with USPO Eric Illarmo, who was supervising Mr. Ahmad, and he advises that Mr. Ahmand is in compliance with his conditions of supervision. On March 17, 2014, the Probation Office moved Mr. Ahmad's case to the "compliant caseload."

WHEREFORE, Defendant moves the Court to approve his travel outside the district as detailed above.